v.

DIRECTOR OF REVENUE, Respondent.

No. ED 73835.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 15, 1998.

Guy L. CHESSER, Movant,

v.

STATE of Missouri, Respondent.

No. ED 73952.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 15, 1998.

---

781

Cheryl Carpenter, Laronda Renee Burse, St. Louis, for appellant.

John Munson Morris, III, Gregory L. Barnes, Jefferson City, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J. and RHODES RUSSELL, J.

## ORDER

PER CURIAM.

Movant appeals from the judgment, denying without a hearing, his Rule 24.035 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).